76 F.3d 372
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Eric M. EVANS, Plaintiff--Appellant,
v.
Ron ANGELONE; W.J. Townley, Defendants--Appellees,
and
MS. VASS, Nurse of Facility, Defendant.
 No. 95-7796.
 United States Court of Appeals, Fourth Circuit.
 Submitted Jan. 30, 1996.
Decided Feb. 9, 1996.
 
 Eric M. Evans, Appellant Pro Se. Susan Campbell Alexander, Assistant Attorney General, Richmond, Virginia, for Appellees.
 Before WIDENER, WILKINS, and WILLIAMS, Circuit Judges.
 Affirmed by unpublished per curiam opinion.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Evans v. Angelone, No. CA-94-1043 (W.D.Va. Oct. 4, 1995) and No. CA-94-1043(R) (W.D.Va. Apr. 27, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED